UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALEXANDRA PEREZ, | § | |
| | § | |
|     Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-00300 |
| | § | |
| VOLKSWAGON OF CORPUS CHRISTI TEXAS, *et al*, | § § | |
| | § | |
|     Defendants. | § | |

## ORDER GRANTING MOTION
## FOR MORE DEFINITE STATEMENT

On October 31, 2012, Defendants filed their Motion to Dismiss for Failure to State a Claim and, In the Alternative, Motion for a More Definite Statement (D.E. 3).

Pursuant to Local Rule 7.3, opposed motions will be submitted to the Judge 21 days from filing. The Motion's submission date was November 21, 2012. Plaintiff did not file a response to the Motion by that date. Pursuant to Local Rule 7.4, failure to respond is taken as a representation of no opposition to the relief sought.

After reviewing the Motion and the Plaintiff's Complaint (D.E. 1), the Court is of the opinion that the Complaint fails to state sufficient facts as required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 127 S.Ct. 1955, 1966 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662, 129 S.Ct. 1937 (2009). Accordingly, the Court GRANTS Defendants' alternative Motion for a More Definite Statement (D.E. 3)

and ORDERS Plaintiff to file an Amended Complaint detailing the facts on which she bases her claim on or before December 20, 2012.

ORDERED this 10th day of December, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE