UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALEXANDRA PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:12-CV-00300 |
| | § | |
| VOLKSWAGON OF CORPUS CHRISTI TEXAS, *et al*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

By Order Granting Motion for More Definite Statement (D.E. 4), this Court ordered Plaintiff to amend her Complaint on or before December 20, 2012 to comply with the fact pleadings rules. Plaintiff failed to comply with that Order. On this date, the case was called for its Initial Pretrial and Scheduling Conference. Plaintiff failed to appear. Consequently, the Court DISMISSES all of Plaintiff's claims against Defendant.

ORDERED this 21st day of December, 2012.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE